UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OTTER PRODUCTS, LLC,

               Plaintiff,

-against-

MEGAN MEADOWS JONES, doing business as "MEGANMEADOWS" and "JULIALOVESPURSES",

               Defendant.

**ORDER**

22-CV-07861 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

Otter Products, LLC ("Plaintiff") initiated this action by filing a complaint on September 14, 2022. (Doc. 1). On October 4, 2022, Plaintiff filed an affidavit of service, indicating service of the summons and complaint on Defendant. (Doc. 8). Plaintiff thereafter obtained a Clerk's Certificate of Default on October 24, 2022. (Oct. 24, 2022 Entry). There has been no activity on the docket since the docketing of the Clerk's Certificate of Default.

Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by December 22, 2022. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
       November 22, 2022

                                              Philip M. Halpern
                                              United States District Judge